MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT T. WORTHLEY,<br><br>Defendant. | Case No. 6:25-po-00107-HBK<br><br>[Citations #E2138155, E2138156]<br><br>MOTION AND ORDER FOR DISMISSAL |
|---|---|

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to dismiss Citations # E2138155 for a violation of 36 Code of Federal Regulations 2.34(a)(1) and E2138156 for a violation of 36 Code of Federal Regulations 2.35(c). After discussion with defense counsel and review of the evidence, the United States moves to dismiss the citations without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 26, 2025                                  Respectfully submitted,

                                                             MICHELE BECKWITH
                                                             Acting United States Attorney

                                        By: _____
                                              ARIN C. HEINZ
                                             Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation # E2138155 and E2138156 against ROBERT T. WORTHLEY be dismissed, without prejudice, in the interest of justice.

Dated:   June 30, 2025

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE